# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN P. DANIELS, SR., an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FREEDOM MORTGAGE CORPORATION, a New Jersey corporation; and DOES 1 through 50, <br><br> Defendants. <br><br> FREEDOM MORTGAGE CORPORATION, a New Jersey corporation; and DOES 1 through 50 <br><br> Counter-Claimant, <br><br> vs. <br><br> DEVIN P. DANIELS, SR., an individual, <br><br> Counter-Defendant. | Case No.: 2:17-cv-00146 -JAK (KSx) <br><br> **ORDER RE STIPULATION OF THE PARTIES AND DISMISSING ACTION WITH PREJUDICE** <br><br> **JS-6** |

1 | The Court, having considered the Stipulation of the Parties to Dismiss this
2 | matter with prejudice, and
3 | GOOD CAUSE appearing therefore,
4 | IT IS HEREBY ORDERED that the case is dismissed with prejudice with each
5 | party to bear his/its own attorneys' fees and costs.
6 | IT IS SO ORDERED.

Dated: December 15, 2017 _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE